1  JOSEPH P. RUSSONIELLO (CNB 44332)
   United States Attorney
2
   BRIAN STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant U.S. Attorney
5
   450 Golden Gate Ave (11th Floor)
6  San Francisco, CA 94102
   Telephone: (415) 436-7359
7  Facsimile: (415) 436-7234

8  Attorneys for the United States

9
                   UNITED STATES DISTRICT COURT                   **EDL**
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12
                                              3 - 08 - 7002
13 UNITED STATES OF AMERICA,        )    CRIMINAL NO.
                                    )
14      Plaintiff,                  )
                                    )    NOTICE OF PROCEEDINGS ON
15      v.                          )    OUT-OF-DISTRICT CRIMINAL
                                    )    CHARGES PURSUANT TO RULES
16 ANGEL MORENO LOPEZ               )    5(c)(2) AND (3) OF THE FEDERAL RULES
                                    )    OF CRIMINAL PROCEDURE
17      Defendant.                  )
                                    )
18 _____  )

19     Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

20 Procedure that on January 15, 2008, the above-named defendant was arrested based upon an

21 arrest warrant (copy attached) issued upon an

22     ☐ Indictment

23     ☐ Information

24     ☐ Criminal Complaint

25     ☒ Other (describe): Arrest Warrant for Supervised Release Violation

26

27 pending in the Eastern District of California, Case Number CR 04-00404. In that case, the

28 defendant is charged with a violation of Title 8 United States Code, Section 1326.

1  Description of Charges: On December 22, 2004, defendant was convicted in the Eastern District
2  of California of a violation of 8 U.S.C. § 1326, Illegal Reentry After Deportation, and sentenced
3  to a term of 24 months imprisonment, 3 years supervised release. The conditions of supervised
4  release included that the defendant not re-enter the United States without the consent of the
5  Attorney General or Secretary of Homeland Security and that if he did re-enter, he shall report to
6  the United States Probation Office within 72 hours. On or about March 24, 2007, the defendant
7  was arrested in Redwood City, California. On or about April 16, 2007, the Honorable William
8  B. Shubb issued a no-bail arrest warrant for the defendant.

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: January 15, 2008

Denise Marie Barton
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

131286

USA,

v.

ANGEL MORENO LOPEZ,

**WARRANT FOR ARREST**

Case Number: 2:04-CR-00404-WBS

RECEIVED UNITED STATES MARSHAL
EASTERN DISTRICT OF CALIFORNIA
07 APR 17 AM 11:48

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Angel Moreno Lopez,

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☑ Violation Petition    ☐ Other

charging him or her with (brief description of offense)

**Supervised Release violation**

in violation of Title  18    United States Code, Section(s)  3606

| | |
|---|---|
| L. Mena-Sanchez | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| *Mena-Sanchez* (signature) | 4/17/07    Sacramento |
| Signature of Issuing Officer | Date and Location |

Bail fixed at  $No Bail    by    Judge William B. Shubb

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

| Date Received | Name and Title of Arresting Officer |
|---|---|
| Date of Arrest | Signature of Arresting Officer |